# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>      Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>      Defendants. | Case No.  1:20-cv-00856-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

David McDaniel ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2020.  On this same date, the summonses and order setting the mandatory scheduling conference for September 11, 2020 issued.

On June 26, 2020, Plaintiff filed proof of service that Secretary Ralph Diaz and Sheriff Jeff Dirkse had been served by United States mail.  Defendants have not filed a waiver of service nor has a responsive pleading been filed.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall file a notice of the status of service in this action.

IT IS SO ORDERED.

Dated:  **July 31, 2020**

UNITED STATES MAGISTRATE JUDGE

1