**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 Fax: 916 922-1303

Shanan L. Hewitt, SBN 200168
shewitt@rhplawyers.com
Jonathan B. Paul, SBN 215884
jpaul@rhplawyers.com
Jill B. Nathan, SBN 186136
jnathan@rhplawyers.com

Attorney for Defendant
SHERIFF JEFF DIRKSE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>    Plaintiff,<br>vs.<br><br>RALPH DIAZ, in his official capacity; JEFF DIRKSE, in his individual and official capacity; CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION DOES 1-10; and STANISLAUS COUNTY SHERIFF'S DEPARTMENT DOES 1-5,<br><br>    Defendants. | CASE NO: 1:20-cv-00856-NONE-SAB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: September 30, 2020<br>Time:         10 a.m.<br>Courtroom:  9<br>Judge:        Hon. Stanley Boone<br><br>TELEPHONIC APPEARANCE REQUESTED |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

PROOF OF SERVICE
Case No. 1:20-cv-00856-NONE-SAB

1

I am a citizen of the United States, employed in the County of Sacramento.  My business address is 11341 Gold Express Drive, Suite 160, Gold River, California, 95670. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA HEWITT PAUL LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**DEFENDANT JEFF DIRKSE'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT;**

**DEFENDANT JEFF DIRKSE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT;**

**DECLARATION OF SHANAN L. HEWITT IN SUPPORT OF DEFENDANT JEFF DIRKSE'S MOTION TO DISMISS THE COMPLAINT;**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JEFF DIRKSE'S MOTION TO DISMISS THE COMPLAINT.**

  X     the parties listed below will receive this filing via the Court's ECF system.

**Attorneys for Plaintiff**

William Most, CA Bar No. 279100
Sarah Chervinsky
Law Office of William Most, L.L.C.
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

Dan Roth, CA Bar No. 270569
Law Office of Dan Roth
803 Hearst Ave.
Berkeley, CA 94710
T: (510) 849-1389
dan@drothlaw.com

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on August 21, 2020, at Gold River, California.

                              */s/ Melissa Green*
                              Melissa Green

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

PROOF OF SERVICE
Case No. 1:20-cv-00856-NONE-SAB

2