1

2

3

4

5

6

7      # UNITED STATES DISTRICT COURT

8      EASTERN DISTRICT OF CALIFORNIA

9

| DAVID MCDANIEL, | Case No.  1:20 -cv-00856-NONE-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | (ECF No. 9) |
| RALPH DIAZ, et al., | |
| Defendants. | |

15   A mandatory scheduling conference is currently set for September 11, 2020.  (ECF No.

16   3.)  On August 21, 2020, the parties filed a stipulation to continue the scheduling conference due

17   to a yet to be filed motion to dismiss.  (ECF No. 9.)

18   Accordingly, the mandatory scheduling conference set for September 11, 2020 is

19   HEREBY CONTINUED to **January 12, 2021, at 10:00 a.m.** in Courtroom 9.  The parties shall

20   file either a joint scheduling report, or if the motion to dismiss is still pending, a joint status

21   report indicating whether a further continuance of the scheduling conference is necessary, **seven**

22   **(7) days** prior to the continued date.

23

IT IS SO ORDERED.

24

25   Dated:   **August 21, 2020**

UNITED STATES MAGISTRATE JUDGE

26

27

28