IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID McDANIEL,<br><br>                        Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>                        Defendant. | 1:20-cv-00856-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT DIAZ TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 12)<br><br>DEADLINE: SEPTEMBER 28, 2020 |

      On August 24, 2020, an order was filed granting a stipulation to continue the scheduling conference in this matter and a stipulation to extend time for Defendant Diaz to respond to the complaint was filed. In the stipulation, the parties also request that the scheduling conference be continued. Since the scheduling conference has been continued, the request to continue is denied as moot.

      Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant Diaz shall file a responsive pleading on or **before September 28, 2020.**

IT IS SO ORDERED.

Dated:   **August 25, 2020**

                                                                       UNITED STATES MAGISTRATE JUDGE