# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>           Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>           Defendants. | Case No.  1:20-cv-00856-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND AND VACATING OCTOBER 7, 2020 HEARING<br><br>(ECF No. 15) |

Plaintiff filed this action on June 22, 2020, against Defendants Ralph Diaz, Jeff Dirske, the California Department of Correction and Rehabilitation, and the Stanislaus County Sheriff's Department ("Defendants").  (ECF No. 1.)  On August 21, 2020, Defendant Jeff Dirske ("Dirske") filed a motion to dismiss, set for hearing before the undersigned on September 30, 2020. (ECF No. 10.)  On August 24, 2020, the Court continued the scheduling conference in this matter until January 12, 2021.  (ECF No. 11.)  On August 25, 2020, pursuant to the parties' stipulation, the Court extended the time for Defendant Ralph Diaz to file a responsive pleading until September 28, 2020.  (ECF No. 13.)

On September 4, 2020, Plaintiff filed a motion to amend the complaint with a hearing on the motion set before the undersigned for October 7, 2020.  (ECF No. 15.)  On September 4, 2020, Plaintiff also filed an *ex parte* motion for an extension of time to respond to Defendant Dirske's motion to dismiss.  (ECF No. 16.)  Plaintiff's *ex parte* motion requests an extension of time because Plaintiff's opposition to Defendant Dirske's motion to dismiss is currently due on

1

September 16, 2020, and the filing of an amended complaint would render Defendant Dirske's motion to dismiss moot. (Id.)

Neither Plaintiff's motion to amend nor *ex parte* motion clearly indicated whether Defendant opposed the filing of an amended complaint. However, as stated in the Court's previous order dated September 9, 2020 (ECF No. 17), given the current posture of the case, it appears Plaintiff could have filed an amended complaint as a matter of course and without leave of court. See Fed. R. Civ. P. 15(a)(1)(B). However, given the Court only had a pending motion for leave to amend before it, the Court ordered Defendants to file a statement of non-opposition or statement of intent to oppose Plaintiff's motion for leave to amend. (ECF No. 17.) On September 10, 2020, Defendant Dirske, and Defendant Ralph Diaz filed statements of non-opposition. (ECF Nos. 18, 19.)

As acknowledged in Defendant Ralph Diaz's statement of non-opposition, it appears the Court is correct that Plaintiff has until September 11, 2020, to file an amended complaint as a matter of course based on the date of the filing of the motion to dismiss, and no leave of court is necessary. (ECF No. 18.) Given the September 11, 2020 deadline is today, to the extent necessary and to avoid unnecessary further filings if Plaintiff does not file an amended complaint as a matter of course by September 11, 2020, the Court grants leave to file an amended complaint within three (3) days of entry of this order. Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.").

As an additional consideration to avoid unnecessary court orders, upon the filing of the amended complaint, Defendant Dirske is encouraged to consider withdrawing the pending motion to dismiss as moot, and then if withdrawn, Plaintiff should consider withdrawing the *ex parte* application for an extension of time to file an opposition to the motion to dismiss. See Lennar Mare Island, LLC v. Steadfast Ins. Co., No. 216CV00291KJMKJN, 2016 WL 9244210, at *1 (E.D. Cal. Apr. 26, 2016) (denying motion to dismiss as moot after an amended complaint was filed as a matter of course within 21 days after the filing of the motion to dismiss, because an amended complaint supersedes the original complaint).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (ECF No. 15) is GRANTED;
2. The hearing set for October 7, 2020, in Courtroom 9, is VACATED; and
3. Plaintiff shall file an amended complaint within three (3) days of entry of this order.

IT IS SO ORDERED.

Dated:   **September 11, 2020**

UNITED STATES MAGISTRATE JUDGE