# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00856-NONE-SAB<br><br>ORDER VACATING SEPTEMBER 30, 2020 HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>ORDER DENYING PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(ECF Nos. 10, 16, 22) |

On August 21, 2020, Defendant Jeff Dirske filed a motion to dismiss, set for hearing before the undersigned on September 30, 2020. (ECF No. 10.) On September 4, 2020, Plaintiff also filed an *ex parte* motion for an extension of time to respond to Defendant Dirske's motion to dismiss. (ECF No. 16.) On September 15, 2020, Plaintiff filed a first amended complaint. (ECF No. 21.) On September 15, 2020, Defendant Jeff Dirske withdrew the motion to dismiss. (ECF No. 22.)

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendant Jeff Dirske's motion to dismiss set for September 30, 2020, in Courtroom 9 (ECF No. 10), is VACATED; and

2. Plaintiff's *ex parte* motion for an extension of time to respond to the motion to dismiss (ECF No. 16), is DENIED as moot.

IT IS SO ORDERED.

Dated:   **September 15, 2020**

UNITED STATES MAGISTRATE JUDGE