IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID McDANIEL, | Case No. 1:20-cv-00856-NONE-SAB |
| Plaintiff, | ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT DIAZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| RALPH DIAZ, et al., | (ECF No. 25) |
| Defendant. | DEADLINE: OCTOBER 16, 2020 |

On September 24, 2020, the parties filed a stipulation for Ralph Diaz to filed a response to David McDaniel's ("Plaintiff") first amended complaint. (ECF No. 25.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Ralph Diaz shall file a response to Plaintiff's first amended complaint on or before October 16, 2020.

IT IS SO ORDERED.

Dated: **September 24, 2020**

UNITED STATES MAGISTRATE JUDGE

1