# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00856-NONE-SAB<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT AND VACATING OCTOBER 28, 2020 HEARING ON MOTION TO DISMISS<br><br>(ECF No. 27) |

David McDaniel ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2020. On September 29, 2020, a motion to dismiss was filed which was referred to the undersigned for the preparation of findings and recommendations. (ECF Nos. 27, 28.) On October 12, 2020, the parties filed a stipulation for a second amended complaint to be filed and for the pending motion to dismiss to be applied to the second amended complaint and the hearing on the motion to dismiss to be continued to December 9, 2020. (ECF No. 29.) On October 13, 2020, the Court granted the stipulation in part allowing for the filing of a second amended complaint, however, the Court denied the parties' request to apply the filed motion to dismiss to the to be filed second amended complaint. (ECF No. 30.) The Court's order specified that the motion to dismiss should be corrected to align with the allegations in the second amended complaint and be refiled. (Id.) On October 14, 2020, Plaintiff filed a second amended complaint, rendering the motion to dismiss moot, and Defendants have not withdrawn the

1

previously filed motion to dismiss. The Court shall deny the motion to dismiss as moot and vacate the pending hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (ECF No. 27) is DENIED AS MOOT due to the filing of the second amended complaint; and
2. The hearing set for October 28, 2020, in Courtroom 9, is VACATED.

IT IS SO ORDERED.

Dated: __**October 19, 2020**__

UNITED STATES MAGISTRATE JUDGE