**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 Fax: 916 922-1303

Shanan L. Hewitt, SBN 200168
shewitt@rhplawyers.com
Jonathan B. Paul, SBN 215884
jpaul@rhplawyers.com
Jill B. Nathan, SBN 186136
jnathan@rhplawyers.com

Attorneys for Defendants
SHERIFF JEFF DIRKSE,
SGT. JOSE SOUSA and
HENRY MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>        Plaintiff,<br>vs.<br><br>RALPH DIAZ, in his official capacity; JEFF DIRKSE, in his individual and official capacity; RHONA DELACRUZ; JOSEPH GUERRERO; JOSE SOUSA; HENRY MENDEZ; CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION DOES 1-10; and STANISLAUS COUNTY SHERIFF'S DEPARTMENT DOES 1-5,<br><br>        Defendants. | CASE NO: 1:20-cv-00856-NONE-SAB<br><br>**DEFENDANTS DIRKSE, SOUSA AND MENDEZ'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br>**[FRCP 12(b)(6)]**<br><br>Hearing Date: December 9, 2020<br>Time:       10 a.m.<br>Courtroom:  9<br>Judge:      Hon. Stanley Boone<br><br>TELEPHONIC APPEARANCE REQUESTED |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      PLEASE TAKE NOTICE THAT on December 9, 2020 at 10 a.m., or as soon thereafter as counsel may be heard in the above-entitled Court located at 2500 Tulare Street in Fresno, California, Defendants JEFF DIRKSE, JOSE SOUSA and HENRY MENDEZ will and hereby

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

NOTICE OF MTN & MTN TO DISMISS SAC
Case No. 1:20-cv-00856-NONE-SAB    1

1  does move the Court to dismiss Plaintiff DAVID MCDANIEL's Second Amended Complaint
2  (Doc. 31) for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).
3      This motion is based on this Notice of Motion and Motion, the accompanying
4  Memorandum of Points and Authorities, supporting Declaration of Shanan L. Hewitt and exhibits,
5  Request for Judicial Notice, all pleadings and papers on file in this action, and upon such other
6  matters as may be presented to the Court at the time of the hearing.

7  DATE: October 23, 2020        RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
SHANAN L. HEWITT
Attorney for Defendants
STANISLAUS COUNTY SHERIFF JEFF DIRKSE, SGT. JOSE SOUSA and
HENRY MENDEZ

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

NOTICE OF MTN & MTN TO DISMISS SAC
Case No. 1:20-cv-00856-NONE-SAB

2