**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 Fax: 916 922-1303

Shanan L. Hewitt, SBN 200168
shewitt@rhplawyers.com
Jonathan B. Paul, SBN 215884
jpaul@rhplawyers.com
Jill B. Nathan, SBN 186136
jnathan@rhplawyers.com

Attorneys for Defendants
SHERIFF JEFF DIRKSE,
SGT. JOSE SOUSA and
HENRY MENDEZ

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MCDANIEL, | CASE NO: 1:20-cv-00856-NONE-SAB |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS DIRKSE, SOUSA AND MENDEZ'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| vs. | **[FRCP 12(b)(6)]** |
| RALPH DIAZ, in his official capacity; JEFF DIRKSE, in his individual and official capacity; RHONA DELACRUZ; JOSEPH GUERRERO; JOSE SOUSA; HENRY MENDEZ; CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION DOES 1-10; and STANISLAUS COUNTY SHERIFF'S DEPARTMENT DOES 1-5, | Hearing Date: December 9, 2020<br>Time:             10 a.m.<br>Courtroom:    9<br>Judge:           Hon. Stanley Boone<br><br>TELEPHONIC APPEARANCE REQUESTED |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Defendants JEFF DIRKSE, JOSE SOUSA and HENRY MENDEZ hereby request that judicial notice be taken under Federal Rules of Evidence 201 of the following document:

///

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

REQUEST FOR JUDICIAL NOTICE ISO MTN TO DISMISS SAC
Case No. 1:20-cv-00856-NONE-SAB

1

1  Exhibit B to the Declaration of Shanan L. Hewitt in Support of Motion to Dismiss the Second Amended Complaint: a certified copy of the "Declaration and Order for Production From California State Prison," filed October 24, 2019 in Stanislaus County Superior Court Case No. 1480530.

Exhibit C to the Declaration of Shanan L. Hewitt in Support of Motion to Dismiss the First Amended Complaint: Stanislaus County's August 6, 2020 response to Plaintiff David McDaniel's government tort claim.

Judicial notice of this document is proper because the document is a matter of public record, an order in another court action, and its authenticity can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *See U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *see also Mack v. South Bay Beer Distribs.*, 798 F.2d 1279, 1282 (9th Cir. 1986).

DATE: October 23, 2020                     RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
SHANAN L. HEWITT
Attorney for Defendants
STANISLAUS COUNTY SHERIFF JEFF DIRKSE, SGT. JOSE SOUSA and
HENRY MENDEZ

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

REQUEST FOR JUDICIAL NOTICE ISO MTN TO DISMISS SAC
Case No. 1:20-cv-00856-NONE-SAB

2