XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7345
  Fax: (916) 324-5205
  E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants T. Brown, R. Delacruz,
J. Guerrero, N. Harrington, E. Pruitt, and B. Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**DAVID McDANIEL,**

                Plaintiff,

v.

**RALPH DIAZ, et al.,**

                Defendants.

Case No. 1:20-cv-00856-NONE-SAB

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Date: January 13, 2021
Time: 10:00 a.m.
Courtroom: 9
Judge: The Honorable Stanley A. Boone
Trial Date: None Set
Action Filed: June 22, 2020

**TO DAVID MCDANIEL AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2021 at 10:00 a.m. or as soon thereafter as the matter may be heard, in courtroom 9 of the United States District Court for the Eastern District of California, located at 2500 Tulare St., Fresno, California, Defendants R. Delacruz, J. Guerrero, T. Brown, N. Harrington, B. Smith and E. Pruitt will and do hereby move to dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are that Plaintiff has failed to state a claim upon which relief can be granted against the moving Defendants and they are entitled to qualified immunity as more fully set forth in the memorandum of points and authorities filed with this motion.

This motion is based on this notice and motion, Defendants' memorandum of points and authorities, the request for judicial filed herewith, the record in this action and such other matters that the Court may consider.

Dated: December 14, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General

*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants T. Brown, R. Delacruz, J. Guerrero, N. Harrington, E. Pruitt, and B. Smith*

SA2020302391
34660454.docx

# CERTIFICATE OF SERVICE

Case Name: **David McDaniel v. Ralph Diaz, et al.**   No.   **1:20-cv-00856-NONE-SAB**

I hereby certify that on **December 14, 2020**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **December 14, 2020**, at Sacramento, California.

| D. Jones | */s/ D. Jones* |
|---|---|
| Declarant | Signature |

SA2020302391
34668370.docx