# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00856-NONE-SAB<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CLARIFICATION AND VACATING HEARING ON MOTION<br><br>ORDER AMENDING FINDINGS AND RECOMMENDATIONS ISSUED DECEMBER 18, 2020<br><br>(ECF Nos. 43, 48) |

David McDaniel ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2020. On December 18, 2020, the undersigned issued findings and recommendations recommending that Defendants' motion to dismiss be granted in part and denied in part. (ECF No. 43.) On December 31, 2020, Plaintiff filed a motion for clarification, or, in the alternative, objections to the magistrate judge's findings and recommendations. (ECF No. 48.) Plaintiff set the motion to be heard before the undersigned on February 3, 2021. (Id.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 3, 2021, will be vacated and the parties will not be required to appear at that time.

Plaintiff's filing raises two issues. First, Plaintiff requests the conclusion section of the findings and recommendations be clarified regarding whether each of Plaintiff's state law causes

of action were dismissed only as to the extent they sought damages, or whether certain claims were dismissed entirely. (ECF No. 48-1 at 2.) The Court finds the recommendations correctly reflect the recommendation that Plaintiff's third, fourth, and sixth causes of action be dismissed entirely, and that Plaintiff's second cause of action be dismissed only to the extent it is seeking damages, and thus, only the Plaintiff's second cause of action was recommended to survive to the extent it seeks declaratory relief. Plaintiff's motion raises issues not brought in briefing on the motion to dismiss, particularly the request for alternative relief that the recommendation allow leave to amend the complaint to only plead declaratory relief for the state law tort claims. Accordingly, Plaintiff's motion to clarify the recommendations regarding the Defendants' motion to dismiss Plaintiff's state law claims for failure to comply with the California Government Claims Act, or alternatively to recommend granting leave to replead only declaratory relief for the state law tort claims shall be denied. As Plaintiff filed this motion alternatively as objections to the findings and recommendations, this issue is more properly considered by the District Judge when determining whether to adopt the findings and recommendations. Additionally, Plaintiff may file renewed objections to the findings and recommendations, as amended by this order, within fourteen (14) days of entry of this order.

Second, Plaintiff correctly highlights that the findings and recommendations incorrectly use the word "official," rather than "individual," in paragraph 4 of the conclusion. Accordingly, Plaintiff's motion shall be granted and the Court shall amend the conclusion section of the findings and recommendations to reflect the intent of the analysis section of the findings and recommendations. (ECF Nos. 48-1 at 3; 43 at 35-39, 59.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to clarify the recommendations regarding the Defendants' motion to dismiss Plaintiff's state law claims for failure to comply with the California Government Claims Act is DENIED;

2. Plaintiff's motion to amend the conclusion of the section to change the word "official" to "individual" is GRANTED;

///

3. Paragraph 4 of the conclusion and recommendation section of the findings and recommendations issued on December 18, 2020 (ECF No. 43 at p. 59, lines 11-12), is AMENDED to read: "Defendants' motion to dismiss Plaintiff's fifth cause of action be GRANTED as to Dirkse in an individual capacity with leave to amend";

4. The hearing on Plaintiff's motion set for February 3, 2021, is VACATED; and

5. The parties may file objections to the December 18, 2020 findings and recommendations, as amended by this order, within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated:   **January 5, 2021**

UNITED STATES MAGISTRATE JUDGE