# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>  Defendants. | Case No. 1:20-cv-00856-NONE-SAB<br><br>ORDER VACATING JANUARY 13, 2021 HEARING<br><br>(ECF No. 40) |

On December 14, 2020, Defendants Rhona Delacruz, Joseph Guerrero, Tania Brown, Brandy Smith, Elijah Pruitt, and Nichelle Harrington, filed a motion to dismiss which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 40.) The matter is set for hearing on January 13, 2021. (Id.) Having considered the moving, opposition and reply papers, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set for January 13, 2021, will be vacated and the parties will not be required to appear at that time.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the hearing set before the undersigned on January 13, 2021, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **January 12, 2021**

UNITED STATES MAGISTRATE JUDGE