1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                    FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   DAVID McDANIEL,                          Case No.:  1:20-cv-00856-NONE-SAB

8                            Plaintiff,      ORDER RE STIPULATION TO APPLY
                                             CDCR DEFENDANTS' MOTION TO
9         v.                                 DISMISS AND RULING THEREON TO
                                             DEFENDANT A. STEELE-HICKS
10

11  RALPH DIAZ, et al.,                      (ECF No. 58)

                            Defendants.
12

13        On January 15, 2021, a findings and recommendations issued recommending granting in part

14   and denying in part Defendants' motion to dismiss.  (ECF No. 57.)  On February 4, 2021, the parties

15   filed a stipulation for the motion to dismiss to apply to Defendant Amber Steele-Hicks who had not

16   been served at that time and has since been served and sought representation.  The parties stipulate

17   that the CDCR Defendants' motion to dismiss (ECF No. 40), the Court's Findings and

18   Recommendations thereon (ECF No. 57), and eventual order will apply to Ms. Hicks.

19        Accordingly, pursuant to the stipulation of the parties and finding good cause IT IS HEREBY

20   ORDERED that the CDCR Defendants' pending motion to dismiss (ECF No. 40), the Findings and

21   Recommendations (ECF No. 57), and Court's order thereon shall apply to Defendant Amber Steele-

22   Hicks as if the motion had been filed on her behalf initially.

23

24   IT IS SO ORDERED.

25   Dated:   **February 5, 2021**        _____

26                                            UNITED STATES MAGISTRATE JUDGE

27

28