# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | Case No.  1:20-cv-00856-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN TEN DAYS |

On March 3, 2020, an order issued adopting findings and recommendations and Defendants' motions to dismiss the second amended complaint were granted in part and denied in part.  (ECF No. 60.)  Some of the claims were dismissed with leave to amend.  (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file any third amended complaint within **ten (10) days** of the date of entry of this order; and

2. Defendants shall file a responsive pleading within **fourteen (14) days** of the filing of any third amended complaint.  If no amended complaint is filed, then Defendants shall file a responsive pleading within **twenty (21) one days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **March 4, 2021**

UNITED STATES MAGISTRATE JUDGE

1