# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | Case No.  1:20-cv-00856-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JULY 22, 2021 |

David McDaniel ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2020.  (ECF No. 1.)  On March 3, 2021, Defendants motion to dismiss was granted in part and denied in part and Plaintiffs were subsequently ordered to file any amended complaint within ten days of March 4, 2021.  (ECF Nos. 60, 61.)  On March 14, 2021, Plaintiff filed an third amended complaint adding additional defendants in this action.  (ECF No. 62.)

Accordingly, to allow for service of the summons and a responsive pleading to be filed, IT IS HEREBY ORDERED that the mandatory scheduling conference set for April 13, 2021, is CONTINUED to **July 22, 2021, at 10:00 a.m.** in Courtroom 9.  The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **March 15, 2021**

UNITED STATES MAGISTRATE JUDGE

1