IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McDANIEL,<br><br>                    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>                    Defendants. | 1:20-cv-00856-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT<br><br>(ECF No. 65) |

   Plaintiff filed a third amended complaint on March 13, 2021.  (ECF No. 62.)  On March 17, 2021, a stipulation was filed to extend the time for Defendants to respond to the third amended complaint  (ECF No. 65.)

   Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendants R. Delacruz, J. Guerrero, T. Brown, N. Harrington, A. Steele-Hicks, B. Smith and E. Pruitt shall file a response to Plaintiff's third amended complaint on or before **April 12, 2021**.

IT IS SO ORDERED.

Dated:   **March 17, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1