**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 Fax: 916 922-1303

SHANAN L. HEWITT, SBN 200168
Email: shewitt@rhplawyers.com
JONATHAN B. PAUL, SBN 215884
Email: jpaul@rhplawyers.com
JILL B. NATHAN, SBN 186135
Email: jnathan@rhplawyers.com

Attorneys for Defendants,
SHERIFF JEFF DIRSKE,
SGT. JOSE SOUSA and
HENRY MENDEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL, | Case No.: 1:20-cv-00856-DAD-SAB |
| *Plaintiff*, | Complaint Filed: 06/22/2020 |
| vs. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| RALPH DIAZ, in his official capacity; JEFF DISKE, in his individual and official capacity; RHONDA DELACRUZ; JOSEPH GUERROERO; JOSE SOUSA; HENRY MENDEZ; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION DOES 1-10; and STANISLAUS COUNTY SHERIFF'S DEPARTMENT DOES 1-5, | Trial Date: None Set |
| *Defendants*. | |

TO ALL PARTIES HEREIN AND THEIR ATTORNEY(S) OF RECORD:

NOTICE IS HEREBY GIVEN that commencing May 9, 2022, and continuing up to and including May 22, 2022, Shanan Hewitt, counsel for Defendants SHERIFF JEFF DIRSKE, SGT. JOSE SOUSA and HENRY MENDEZ, will be unavailable for any purpose, including but not limited to, receiving notices of any kind, responding to ex parte applications, appearing in court, responding to discovery, attending depositions, and/or any other deadlines.

Notice of Unavailability of Counsel
Case No. 1:20-cv-00856-DAD-SAB

1

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

| | |
|---|---|
| DATE:  April 27, 2022 | RIVERA HEWITT PAUL LLP |
| | */s/ Shanan L. Hewitt*<br>SHANAN HEWITT<br>Attorneys for Defendant<br>SHERIFF JEFF DIRSKE,<br>SGT. JOSE SOUSA and<br>HENRY MENDEZ |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

Notice of Unavailability of Counsel
Case No. 1:20-cv-00856-DAD-SAB

2