1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ALICIA A. BOWER, State Bar No. 287799
    Supervising Deputy Attorney General
3   ARTHUR B. MARK III, State Bar No. 220865
    Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7345
6    Fax: (916) 324-5205
     E-mail: Arthur.Mark@doj.ca.gov
7   *Attorneys for Defendants*
    *R. Delacruz, J. Guerrero, T. Brown, N. Harrington,*
8   *A. Steele-Hicks, B. Smith and E. Pruitt*

9   RIVERA HEWITT PAUL LLP
    11341 Gold Express Drive, Suite 160
10  Gold River, California 95670
    Tel: 916-922-1200 Fax: 916 922-1303
11  Shanan L. Hewitt, SBN 200168
    shewitt@rhplawyers.com
12  Jonathan B. Paul, SBN 215884
    jpaul@rhplawyers.com
13  Jill B. Nathan, SBN 186136
    jnathan@rhplawyers.com
14  *Attorneys for Defendants*
    *Sheriff Jeff Dirkse, Sgt. Jose Sousa and*
15  *Henry Mendez*

    William Most (CA Bar No. 279100)
    Law Office of William Most, L.L.C.
    201 St. Charles Ave., Ste. 114, # 101
    New Orleans, LA 70170
    (504) 509-5023
    williammost@gmail.com
    *Attorneys for Plaintiff David*
    *McDaniel*

16

17                IN THE UNITED STATES DISTRICT COURT

18              FOR THE EASTERN DISTRICT OF CALIFORNIA

19                          FRESNO DIVISION

20

| | |
|---|---|
| 21 | |
| **DAVID McDANIEL,** | No. 1:20-cv-00856-DAD-SAB |
| 22 | |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 23 | **ORDER TO EXTEND TIME FOR** |
| **v.** | **FILING DISPOSITIVE MOTIONS** |
| 24 | |
| 25 **RALPH DIAZ, et al.,** | Judge:      Hon. Stanley A. Boone |
| | Trial Date:  None set |
| 26 Defendants. | Action Filed: June 22, 2020 |

27

28

                                    1

Plaintiff David McDaniel and Defendants R. Delacruz, J. Guerrero, T. Brown, N. Harrington, A. Steele-Hicks, B. Smith, E. Pruitt, J. Dirkse, J. Sousa and H. Mendez (the "parties"), by and through their attorneys of record, stipulate to extend the time for filing dispositive motions in this matter from October 10, 2022, to December 12, 2022. The grounds for the stipulation are as follows.

1.    The parties agreed to set a settlement conference with the Court for September 20, 2022, which will fulfill the Court's requirement that the parties explore the possibility of settlement before incurring the expenses of a summary judgment motion. (ECF No. 72 at 5:5-10.)

2.    The parties desire to focus their efforts on preparing for the settlement conference and to avoid incurring expenses associated with potential summary judgment motions while considering settlement. In addition, if the matter settles, the expenses incurred for summary judgment would be a waste of resources.

3.    The Court's Scheduling Order requires the parties to meet and confer in advance of filing a summary judgment in order to determine whether factual conflicts exists and to prepare a joint statement of facts. (ECF No. 72.) Accordingly, additional time is needed after the settlement conference to meet and confer and prepare any possible summary judgment motions, including any joint statements of fact.

WHEREFORE, the parties stipulate and respectfully request the Court extend the deadline for dispositive motions to December 12, 2022.

|   |   |
|---|---|
| 1 | Dated:  August 5, 2022 |
| 2 | |

Respectfully submitted,

ROB BONTA
Attorney General of California
Alicia Bower
Supervising Deputy Attorney General

*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*R. Delacruz, J. Guerrero, T. Brown, N.*
*Harrington, A. Steele-Hicks, B. Smith and E.*
*Pruitt*

RIVERA HEWITT PAUL LLP

*/s/ Shanan Hewitt*

Shanan Hewitt
*Attorneys for Defendants*
Sheriff Jeff Dirkse, Henry Mendez, and
Jose Sousa

Law Office of William Most, L.L.C.

*/s/ William Most*

William Most
*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

This matter having come before the Court on the parties' stipulation to extend time to file dispositive motions and good cause appearing the stipulation is GRANTED.

All dispositive pre-trial motions shall be filed no later than **December 12, 2022**.

**IT IS SO ORDERED.**

Dated: _____, 2022.

_____
United States Magistrate Judge

SA2020302391
36417610.docx

# CERTIFICATE OF SERVICE

Case Name:  **McDaniel, David v. Ralph Diaz,**          No.          **1:20-cv-00856-NONE-SAB**
            **et al.**

I hereby certify that on <u>August 5, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> ➤ **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 5, 2022</u>, at Sacramento, California.

| | |
|---|---|
| K. Vitalie | */s/ K. Vitalie* |
| Declarant | Signature |

SA2020302391
36420726.docx