# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00856-DAD-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 72, 82) |

A scheduling order for this matter issued on July 23, 2021. (ECF No. 72.) On August 5, 2022, the parties filed a "stipulation to extend time for filing dispositive motions," which the Court construes as a stipulated motion to modify the schedule, and in which the parties seek to continue the deadline to file dispositive motions to December 12, 2022. (ECF No. 82.) The parties proffer the good cause exists to extend the deadline because the parties have agreed to set a settlement conference for September 20, 2022, and seek to conserve resources associated with a potential summary judgment motion that may be rendered unnecessary if the parties settle the action. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 82) is GRANTED. The scheduling order is modified as follows:

1. Dispositive Motion Filing Deadline: **December 12, 2022**.

2. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated: __**August 5, 2022**__

UNITED STATES MAGISTRATE JUDGE