Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia A. Bower, State Bar No. 287799
Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7345
 Fax: (916) 324-5205
 E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants
Delacruz, Guerrero, Brown, Harrington, Steele-
Hicks, Smith And Pruitt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID McDANIEL,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                      Defendants. | 1:20-cv-00856-DAD-SAB<br><br>**DECLARATION OF ARTHUR B. MARK III IN SUPPORT OF DELACRUZ, GUERRERO, BROWN, HARRINGTON, STEELE-HICKS, SMITH AND PRUITT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER**<br><br>[TELEPHONIC APPEARANCE REQUESTED]<br><br>Date:         September 14, 2022<br>Time:         10:00 a.m.<br>Courtroom: 9<br>Judge:        Hon. Stanley A. Boone<br>Trial Date:  None set<br>Action Filed: June 22, 2020 |

1

I, Arthur B. Mark III, declare:

1. I am the attorney of record for Defendants Delacruz, Guerrero, Brown, Harrington, Steele-Hicks, Smith and Pruitt in this case.

2. Following the issuance of the Court's Scheduling Order (ECF No. 72) in this case, Defendants propounded written discovery on Plaintiff and responded to Plaintiff's written discovery to Defendants during approximately June – September 2021.

3. Following the issuance of the Court's orders concerning trial judge availability and reassignment, I received no communications from Plaintiff's counsel concerning the scheduling order deadlines in this case. Had Plaintiff's counsel communicated their belief that these orders vacated the case deadlines at the time the orders were issued in October 2021, January 2022 and February 2022, I would have advised that Defendants did not share that understanding. Their first request to reset scheduling deadlines or indication that they believed the scheduling order was not in effect was on July 25, 2022, when I received the email from Ms. Gabriel attached as Exhibit A.

4. Neither at the time Defendants set Plaintiff's deposition, nor at any time before the close of discovery, did Plaintiff's counsel indicate Plaintiff intended to take any of the Defendants' depositions in this case. Plaintiff's deposition was originally noticed for March 22, 2022 by the Stanislaus County Defendants (*See* ECF No. 84-3.) The CDCR Defendants served a notice of joinder, a copy of which is attached as Exhibit B. Plaintiff's deposition was reset to April 12, 2022, at Plaintiff's request as reflected in the emails attached to Mr. Most's declaration.

5. On June 6, 2022, Defendants served their expert disclosure on the deadline specified in the Court Scheduling Order, accompanied by an expert report and exhibits, on Plaintiff. Plaintiff did not serve an expert disclosure or seek to take the deposition of Defendant's expert, or inquire about expert discovery at all.

6.   Reopening discovery would prejudice Defendants and delay resolution of this case. Based on my experience, I expect it would be difficult to coordinate and prepare the seven defendants I represent for deposition on short notice, particularly given the fact that I have a trial currently set for October 17, 2022 and deadlines in several other matters.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 23, 2022

*/s/ Arthur B. Mark III*
Arthur B. Mark III

SA2020302391
36468960.docx

3

Decl. of Arthur B. Mark III Supp. Opp. to Pl's Mot to Modify Sch. Order  (1:20-cv-00856-DAD-SAB)

# EXHIBIT "A"

| | |
|---|---|
| **From:** | Arthur Mark |
| **To:** | "Caroline Gabriel"; shewitt@rhplawyers.com |
| **Cc:** | William Most; Dan Roth |
| **Subject:** | RE: McDaniel v. Dirkse, et al. - Request for Scheduling Conference |
| **Date:** | Tuesday, July 26, 2022 10:08:59 AM |

Good morning Ms. Gabriel,

I'm not sure I understand. Are you proposing that we modify the current scheduling order (ECF No. 72)? Perhaps a conference call with all counsel would be helpful to discuss your concerns and we could also discuss setting a settlement conference. I am fairly available this week.

Thank you.

Arthur B. Mark III
Deputy Attorney General
California Department of Justice
Correctional Law Section
1300 I Street
Sacramento, CA 95814
(916) 210-7345
Arthur.mark@doj.ca.gov

---

**From:** Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Sent:** Monday, July 25, 2022 5:19 PM
**To:** Arthur Mark <Arthur.Mark@doj.ca.gov>; shewitt@rhplawyers.com
**Cc:** William Most <williammost@gmail.com>; Dan Roth <dan@drothlaw.com>
**Subject:** McDaniel v. Dirkse, et al. - Request for Scheduling Conference

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Counsel,

Due to the assignment and reassignment of district judges and several orders and docket entries from the court regarding deadlines, we are unsure whether and what deadlines remain in place from the scheduling order issued last year. Would anyone object to setting a scheduling conference for clarification of deadlines? It is apparent there is still no trial date at this time.

Thank you,

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*

*(985) 441-9355*

# EXHIBIT "B"

|   |   |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668<br>Attorney General of California |
| 2 | ALICIA A. BOWER, State Bar No. 287799<br>Supervising Deputy Attorney General |
| 3 | ARTHUR B. MARK III, State Bar No. 220865<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone:  (916) 210-7345 |
| 6 | Fax:  (916) 324-5205<br>E-mail:  Arthur.Mark@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*R. Delacruz, J. Guerrero, T. Brown, N. Harrington,* |
| 8 | *A. Steele-Hicks, B. Smith and E. Pruitt* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID McDANIEL,**<br><br>                                       Plaintiff,<br><br>     v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                       Defendants. | Case No. 1:20-cv-00856-NONE-SAB<br><br>**DEFENDANTS R. DELACRUZ, J. GUERRERO, T. BROWN, N. HARRINGTON, A. STEELE-HICKS, B. SMITH AND E. PRUITT'S NOTICE OF JOINDER IN NOTICE OF DEPOSITION OF PLAINTIFF**<br><br>Date:          March 22, 2022<br>Time:         10:00<br>Location:   Remote |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants R. Delacruz, J. Guerrero, T. Brown, N. Harrington, A. Steele-Hicks, B. Smith and E. Pruitt hereby join in the Notice of Deposition of Plaintiff David McDaniel served by Defendants Dirske, Sousa and Mendez on February 15, 2022, and, pursuant to such notice, will also depose Plaintiff McDaniel pursuant to Federal Rule of Civil Procedure 30(b)(1) via remote means as stated in the Notice.

1

| | | |
|---|---|---|
| 1 | Dated: February 22, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ALICIA A. BOWER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Arthur B. Mark III* |
| 7 | | ARTHUR B. MARK III<br>Deputy Attorney General<br>*Attorneys for Defendants R. Delacruz, J.* |
| 8 | | *Guerrero, T. Brown, N. Harrington, A.*<br>*Steele-Hicks, B. Smith and E. Pruitt* |
| 9 | SA2020302391 | |
| 10 | 35949529.docx | |

2

## DECLARATION OF SERVICE BY E-MAIL and U.S. Mail

Case Name:   **McDaniel, David v. Ralph Diaz, et al.**
No.:         **1:20-cv-00856-NONE-SAB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On February 22, 2022, I served the attached **DEFENDANTS R. DELACRUZ, J. GUERRERO, T. BROWN, N. HARRINGTON, A. STEELE-HICKS, B. SMITH AND E. PRUITT'S NOTICE OF JOINDER IN NOTICE OF DEPOSITION OF PLAINTIFF** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Daniel C. Roth
Law Office of Dan Roth
803 Hearst Ave.
Berkeley, CA 94710
Email: dan@drothlaw.com

Shanan Hewitt
RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Email**: shewitt@rhplawyers.com**

William Brock Most
Law Office of William Most
201 St. Charles Ave.
Suite 114, # 101
New Orleans, LA 70170-0114
Email**: williammost@gmail.com**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 22, 2022, at Sacramento, California.

|   K. Vitalie   |   */s/ K. Vitalie*   |
|   Declarant    |   Signature   |

SA2020302391
35950373.docx