# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL, | Case No. 1:20-cv-00856-ADA-SAB |
| Plaintiff, | ORDER VACATING SEPTEMBER 14, 2022 HEARING ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY |
| v. | |
| RALPH DIAZ, et al., | (ECF No. 84) |
| Defendants. | |

On August 9, 2022, Plaintiff filed a motion to reopen nonexpert discovery. (ECF No. 84.) The matter is set for hearing on September 14, 2022, and the matter is fully briefed. (ECF Nos. 84, 89, 90, 92.) In consideration of the parties' briefing, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for September 14, 2022, will be vacated and the parties will not be required to appear at that time.

///
///
///
///
///
///
///

1

1    Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to reopen
2 discovery set for September 14, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **September 8, 2022**

UNITED STATES MAGISTRATE JUDGE