# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDANIEL,<br><br>   Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00856-ADA-SAB<br><br>ORDER GRANTING CAROLINE GABRIEL'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 94) |

The Court has read and considered the application of Caroline Gabriel, attorney for Plaintiff David McDaniel for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 94.) Having reviewed the application, Caroline Gabriel's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 13, 2022**

UNITED STATES MAGISTRATE JUDGE

1